IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| HORIZON PHARMA IRELAND LIMITED, HZNP LIMITED and HORIZON PHARMA USA, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ACTAVIS LABORATORIES, UT, INC.,<br><br>　　　　Defendant.<br>------------------------------<br>HORIZON PHARMA IRELAND LIMITED, HZNP LIMITED and HORIZON PHARMA USA, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ACTAVIS LABORATORIES UT, INC., ACTAVIS, INC. and ALLERGAN PLC,<br><br>　　　　Defendants. | Civil No. 14-7992 (NLH/AMD)<br><br><br><br><br><br><br><br><br><br><br>Civil No. 15-5025 (NLH/AMD) |

**ORDER OF CONSOLIDATION FOR ALL PURPOSES**

　　　　The Court having conducted a telephone status conference on July 16, 2015 on the record with all counsel; and counsel having consented to the consolidation of the above-captioned matters for all purposes; and the Court finding that

consolidating these matters would promote convenience and economy in judicial administration if the actions were heard in one proceeding, and that consolidating these actions would help avoid duplication of effort; and good cause appearing for the entry of the within Order:

IT IS on this 16th day of July 2015,

**ORDERED** that the above-captioned matters shall be, and are hereby, consolidated for all purposes under Civil Action No. 14-7992.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman