**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HORIZON PHARMA IRELAND LIMITED, HZNP LIMITED and HORIZON PHARMA USA, INC., | Civil Action No. 14-7992-NLH-AMD (Consolidated with C.A. Nos. 15-5025, 15-6131, and 15-6989) |
| *Plaintiffs,* | |
| v. | Hon. Noel L. Hillman, U.S.D.J. |
| ACTAVIS LABORATORIES UT, INC., | Hon. Ann Marie Donio, U.S.M.J. |
| *Defendant.* | ***Document Electronically Filed*** |

**STIPULATION AND ORDER MODIFYING THE
DISCOVERY CONFIDENTIALITY ORDER ENTERED JUNE 1, 2015**

Whereas, on June 1, 2015, the Court entered a stipulated Discovery Confidentiality Order (Dkt. 35) in the above-captioned litigation involving Plaintiffs Horizon Pharma Ireland Limited, HZNP Limited and Horizon Pharma USA, Inc. (collectively, "Horizon") and Defendant Actavis Laboratories UT, Inc. ("Actavis");

Whereas several additional related actions have been filed by Horizon against other defendants, which involve some or all of the same patents as those at issue in the above-captioned litigation against Actavis;

Whereas discovery confidentiality orders previously have been entered in many of the related actions and are being negotiated in the remaining actions;

Whereas Actavis believes modification of the Discovery Confidentiality Order (Dkt. 35) is appropriate to facilitate coordination between Actavis and certain defendants in the related actions while ensuring the preservation of the parties' confidential information;

Whereas Horizon does not oppose modification of the Discovery Confidentiality Order (Dkt. 35) to permit an exchange of certain Horizon information among the defendants in related actions;

NOW THEREFORE, Horizon and Actavis, by and through their respective undersigned counsel in the Action, and subject to the approval of the Court, stipulate and agree to modify the Discovery Confidentiality Order (Dkt. 35) to add the provision below:

**21.    RELATED ACTIONS**

Horizon will be producing CONFIDENTIAL INFORMATION or HIGHLY CONFIDENTIAL INFORMATION to each defendant in *Horizon Pharma Ireland Ltd. v. Actavis Laboratories UT, Inc.*, No. 1:14-cv-7992 (D.N.J.) (consolidated), *Horizon Pharma Ireland Ltd. v. Lupin Ltd. et al.*, No. 1:15-cv-3051 (D.N.J.), *Horizon Pharma Ireland Ltd. et al. v. Amneal Pharmaceuticals LLC*, No. 1:15-cv3367 (D.N.J.) (consolidated), *Horizon Pharma Ireland Ltd. et al. v. Amneal Pharmaceuticals LLC*, No. 1:15-cv-6990 (D.N.J.), and *Horizon Pharma Ireland Ltd. v. IGI Labs.*, No. 1:15-cv-3508 (D.N.J.) (consolidated) ("Related Actions"). Defendants in the Related Actions who are bound by a Discovery Confidentiality Order ("DCO") entered by this Court in any of the Related Actions may exchange documents designated as containing Horizon CONFIDENTIAL INFORMATION or HIGHLY CONFIDENTIAL INFORMATION so long as every defendant who receives the documents is bound by a DCO entered by this Court in any of the Related Actions and treats all designated materials in accordance with that DCO.  The exchange contemplated by this paragraph does not modify any of the restrictions on the dissemination of Horizon CONFIDENTIAL INFORMATION or HIGHLY CONFIDENTIAL INFORMATION set forth in the DCOs entered in each Related Action.

Horizon may not produce or otherwise disclose Actavis's CONFIDENTIAL

INFORMATION or HIGHLY CONFIDENTIAL INFORMATION to another defendant in one

of the Related Actions or use Actavis's CONFIDENTIAL INFORMATION or HIGHLY

CONFIDENTIAL INFORMATION in one of the Related Actions absent (a) consent of the

Producing Party or (b) an Order from the Court.

**AGREED AND STIPULATED TO:**

March 4, 2016


By: *s/ John E. Flaherty*                          By: *s/Liza M. Walsh*

John E. Flaherty                                   Liza M. Walsh
Ravin Patel                                        Christine I. Gannon
McCARTER & ENGLISH                                 Christopher J. Borchert
Four Gateway Center                                CONNELL FOLEY LLP
100 Mulberry St.                                   One Newark Center
Newark, NJ 07102                                   1085 Raymond Boulevard, 19th Floor
(973) 622-4444                                     Newark, New Jersey 07102
                                                   Phone: (973) 757-1100
*Of Counsel:*                                      Fax: (973) 757-1090

Robert F. Green                                    *Of Counsel*:
Christopher T. Griffith
Caryn C. Borg-Breen                                Ralph J. Gabric
Jessica M. Tyrus                                   Laura A. Lydigsen
Benjamin D. Witte                                  Joshua E. Ney, Ph.D.
GREEN GRIFFITH & BORG-BREEN LLP                    Joshua H. James
455 North Cityfront Plaza Drive                    Andrew McElligott
Suite 3100                                         BRINKS GILSON & LIONE
Chicago, Illinois 60611                            455 North Cityfront Plaza Drive
(312) 883-8000                                     Suite 3600
                                                   Chicago, Illinois 60611-5599
Dennis A. Bennett                                  (312) 321-4200
GLOBAL PATENT GROUP, LLC
1005 North Warson Road, Suite 404                  *Attorneys for Defendant Actavis*
St. Louis, Missouri 63132                          *Laboratories UT, Inc.*
(314) 812-8020

*Attorneys for Plaintiffs Horizon Pharma*
*Ireland Limited, HZNP Limited and Horizon*
*Pharma USA, Inc.*

It is SO ORDERED, this _____ day of March, 2016.


_____
THE HONORABLE ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE