## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON PHARMA IRELAND LIMITED, HZNP LIMITED and HORIZON PHARMA USA, INC., | Civil Action No. 1:14-cv-07992-NLH-AMD (Consolidated with C.A. Nos. 15-5025, 15-6131, and 15-6989) |
| *Plaintiffs,* | **[PROPOSED] ORDER** |
| v. | |
| ACTAVIS LABORATORIES UT, INC. | *Electronically Filed* |
| *Defendant.* | |

**THIS MATTER** having come before the Court upon the motion of Defendant Actavis Laboratories UT, Inc. ("Actavis") for the entry of summary judgment in its favor pursuant to Rule 56 of the Federal Rules of Civil Procedure; and the Court having considered the written submissions of the parties and oral argument, if any; and for good cause having been shown;

**IT IS** on this _____ day of _____, 2017;

**ORDERED** that Actavis's Motion for Summary Judgment is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court is hereby directed to enter judgment in accordance with this Order.

**SO ORDERED.**

_____
Honorable Noel L. Hillman, U.S.D.J.