UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON PHARMA IRELAND LIMITED, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACTAVIS LABORATORIES, UT, INC., et al.,<br><br>    Defendants. | Civil No. 14-7992 (NLH/AMD)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed on March 16, 2017,

IT IS on this __22nd__ day of __May__, 2017

ORDERED that the MOTION for Summary Judgment by ACTAVIS LABORATORIES, UT, INC. [245] be, and the same hereby is, GRANTED; and it is further

ORDERED that the Court's Opinion shall be filed and remain under seal until the resolution of the parties' consolidated motion to seal their submissions relating to Actavis's motion for summary judgment.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.